## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, and the UNITED STATES OF AMERICA,<br><br>       Defendants. | Court No. 25-00316 |

## ORDER OF ASSIGNMENT

  Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani.

                   /s/ Mark A. Barnett
                   Mark A. Barnett
                   Chief Judge

Dated: December 3, 2025